```
HANSON BRIDGETT LLP
PATRICK M. GLENN, SBN 141604
pglenn@hansonbridgett.com
JENNIFER M. MARTINEZ, SBN 262081
jmartinez@hansonbridgett.com
GYMMEL M. TREMBLY, SBN 327236
gtrembly@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
```

Attorneys for Defendant
CENTRAL CONTRA COSTA TRANSIT AUTHORITY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON CROSS,<br><br>  Plaintiff,<br><br>  v.<br><br>CENTRAL CONTRA COSTA TRANSIT AUTHORITY,<br><br>  Defendant. | Case No. 4:21-cv-01312-JST<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CENTRAL CONTRA COSTA TRANSIT AUTHORITY TO RESPOND TO PLAINTIFF'S COMPLAINT [N.D. CA CIVIL L.R. 6-1(a)]** |

**TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE:**

Pursuant to Civil Local Rule 6-1(a), Plaintiff Shannon Cross ("Plaintiff") and Defendant Central Contra Costa Transit Authority ("Defendant"), hereby stipulate:

1. Plaintiff filed this action on February 24, 2021, and served the Complaint on Defendant on March 3, 2021;

2. Defendant currently has until March 18, 2021 to answer or otherwise respond to the Complaint, pursuant to Federal Rules of Civil Procedure Rule 12;

3. Plaintiff's counsel has consented to an additional thirty days for Defendant to answer or otherwise respond to the Complaint; and

4. Defendant shall have until April 16, 2021 to file and serve an answer or otherwise respond to the Complaint. This extension will not alter the date of any event or any deadline

already fixed by Court order.

IT IS SO STIPULATED.

DATED:  March 16, 2021                    CHURCH STATE COUNCIL
                                          LAW OFFICES OF JEREMY L. FRIEDMAN


                                          By: /s/Alan J. Reinach
                                             Alan J. Reinach
                                             Attorneys for Plaintiff SHANNON CROSS


DATED:  March 16, 2021                    HANSON BRIDGETT LLP


                                          By: /s/ Gymmel M. Trembly
                                             PATRICK M. GLENN
                                             JENNIFER M. MARTINEZ
                                             GYMMEL M. TREMBLY
                                             Attorneys for Defendant
                                             CENTRAL CONTRA COSTA TRANSIT
                                             AUTHORITY

## ECF ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED:  March 16, 2021                    HANSON BRIDGETT LLP


                                          By: /s/ Gymmel M. Trembly
                                             PATRICK M. GLENN
                                             JENNIFER M. MARTINEZ
                                             GYMMEL M. TREMBLY
                                             Attorneys for Defendant
                                             CENTRAL CONTRA COSTA TRANSIT
                                             AUTHORITY

17361497.1

-2-                                       Case No. 4:21-cv-01312-JST
STIPULATION TO EXTEND TIME FOR DEFENDANT CENTRAL CONTRA COSTA TRANSIT AUTHORITY
TO RESPOND TO PLAINTIFF'S COMPLAINT [N.D. CA CIVIL L.R. 6-1(a)]